United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

SEP 2 5 2003

Michael N. Milby
Clerk of Court

Celestino Yanez-Flores
NAME

#BOP#94501079

Eden Detention Center
Place of Confinement

UNITED STATES DISTRICT COURT
DISTRICT OF TEXAS
SOUTHERN

MC B-04-003

| | |
|---|---|
| Celestino Yanez-Flores<br>Petitioner,<br><br>United States of America<br>Respondent, | Case# 1:02 (CR00377-S1-002)<br><br>EX PARTE MOTION FOR DIRECT APPEAL<br>EX PARTE MOTION FOR APPOINTMENT<br>OF COUNSEL |

COMES NOW Clestino Yanez-Flores, in Proper Person, and moves this Court for its order allowing the appointment of counsel for Petitioner. This motion is made and based in the interest of justice.

Pursuant to Title 18 § 3006A. of the Federal Rules of Criminal Procedure.

(2) Whenever the United States magistrate or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who...
****

(B) is seeking relief under Direct appeal, section 2241, 2254, 2255 of title 28.

The Court must appoint counsel where the complexities of the case are such that denial of counsel would amount to a denial of due process. **Brown v. United States,** 623 F.2d 54, 61 (9th Cir. 1980), and/ or where the petitioner is a person of such limited education as to be incapable of presenting his claims in such a way that the Court can afford him a fair hearin, see **Hawkins v. Bennet 423 F2d 948 (8th Cir. 1970).**

Petitioner requests that this honorable court construe his pleadings with a more liberal standard because of his Pro se Status. Per the Supreme Court's holding i **Haines v. Kerner,** 404 U.S.C. 519, 30 L. Ed 2d 652, 92 S. Ct. 594 and **Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit**, et al, 507 U.S. 163 122 L. Ed 2d 517, 113 S. Ct. 1160.

Petitioner was sentenced by Honorable Judge Hilda G. Tagle on 1/22/03 to 41 months BOP; 3 yr SRT, w/o supervision if deported.
Petitioner asked his attorney to appeal this case and was assured that all proper paperwork would be filed. Petitioner now finds out that no such appeal was filed and is thus pleading for this Honorable court for permission to file.

Petitioner alleges that the issues in this case are complex and that petitioner is unable to adequately present the claims without assistance of counsel.

Petitioner hereby respectfully requests that the Court appoint counsel for the reasons stated above.

DATED this __5__ day of __Sept__ 2003.

Respectfully submitted,

*CELESTINO YANES*
Petitioner

**VERIFICATION**

I, Celstino Yanez-Flores, being fully informed of all the facts contained in this motion, and having exhibits attached hereto or cited herein, declare under penalty of perjury that the facts are true and the documents and exhibits are what they purport to be on my personal knowledge, information and belief.

Signed this  5th  day of Sept ,2003. in the State of Texas, County of Concho.

Respectfully submitted,

XCELESTINO YANES
Celestino Yanez-Flores
BOP#94501079
CCA-EDC
P.O. BOX 605
Eden, Tx 76837

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document/application/motion was sent via:

☐ Federal Express, UPS, USPS, or any other Courier Service or Overnite Courier Service. etc., to U.S.

☒ U. S. Postal Service to **U. S** District Court
Deputy Clerk
U.S. District Court
Brownsville, Texas 78522

*CELESTINO YANES*
Signature

Attorney for Respondent, Respondent or person submitting documents

X 9·05·03
Date