UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 06 2004

Michael N. Milby, Clerk of Court

CELESTINO YANEZ-FLORES           *

VS                               *   Misc. No. B04-003

UNITED STATES OF AMERICA         *   (Cr. No. B-02-377-S1)

# ORDER

The Petitioner's Ex Parte Motion for Direct Appeal filed on September 25, 2003, will be construed as 28 U.S.C. § 2255.

The Clerk is hereby ORDERED to send Petitioner the 28 U.S.C. § 2255 forms, including the Application to Proceed Without Prepayment of Fees and Affidavit.

DONE at Brownsville, Texas, this 6th day of February 2004.

Felix Recio
United States Magistrate Judge