AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Southern District Court_ District of _Brownsville_

United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**MISCELLANEOUS B-04-003**

CASE NUMBER: (Cr. No B-02-377-S1)

I, _Celestino Yanez-Flores_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _CCA-EDEN DETENTION CENTER, EDEN, TX_.

    Are you employed at the institution? _yes_ Do you receive any payment from the institution? _yes_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _$18.42 Month_

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☒ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

$90.00 a month from family.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   3 children. $30.00 dollars each month.

I declare under penalty of perjury that the above information is true and correct.

X 2-17-04.                                  X CELESTINO YANES
Date                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I, Celestino Yanez-Flores, being informed of all the facts that are contained in this motion, and having exhibits attached hereto or cited herein, declare under penalty of perjury that the facts are true and the documents and exhibits are what they purport to be on my personal knowledge, information and belief.


Signed this  02  day of  17  , 2004 in the State of Texas, County of Concho.


                                            Respectfully Submitted,

                                            *CELESTINO YANES*
                                            Celestino Yanez-Flores
                                            BOP#94501-079
                                            CCA-EDC Detention Center
                                            P.O. BOX 605
                                            Eden, Tx 76837

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document/application/motion was sent via:

☐ Federal Express, UPS, USPS, or any other Courier Service or Overnite Courier Service. etc., to U.S.

☒ U. S. Postal Service to U. S

District Court
Deputy Clerk
U.S. District Court
Brownsville, Texas 78522

X CELESTINO YANES
Signature

Attorney for Respondent, Respondent or person submitting documents

3-1-04
Date