

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 18 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CELESTINO YANEZ-FLORES | * |
| | * |
| VS | *  Misc. NO. B-04-003 |
| | * |
| UNITED STATES OF AMERICA | *  (CR. NO. B-02-377-S1) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On February 6, 2004, the U.S. District Clerk mailed to the Petitioner 2255 forms and application to proceed in forma pauperis. The Petitioner has failed to response and has not filed said documents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by April 19, 2004.

DONE at Brownsville, Texas, this 18th day of March 2004.

_____
Felix Recio
United States Magistrate Judge