United States District Court
Southern District of Texas
ENTERED
APR 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
APR 2 2 2004
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CELESTINO YANEZ-FLORES, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. CASE NO. B-04-003 |
| | § | (CRIM. NO. B-02-377-S1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## NOTICE & ORDER

On March 18, 2004, this Court issued an order directing the Petitioner to submit his § 2255 and in forma pauperis forms by April 19, 2004. The Petitioner is hereby given notice that his forms have been received in a timely fashion and have been docketed by the district clerk's office.

In addition, this Court previously issued an order on February 6, 2004, stating that the Petitioner's Ex Parte Motion for Direct Appeal will be construed as a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Court still plans on characterizing Yanez-Flores' motion as a § 2255 habeas petition. However, pursuant to Supreme Court precedent, in circumstances such as these, when a court recharacterizes a pro se litigant's motion as a first § 2255 motion, the pro se litigant must be notified that the court's characterization of his motion means that any subsequent § 2255 motion will be subject to the restrictions on "second or successive" motions found in the AEDPA. *Castro v. United States*, 124 S.Ct. 786, 792, 157 L.Ed.2d 778 (2003). Furthermore, Yanez-Flores, if he so chooses, may "withdraw the motion" or "amend it so that it contains all the § 2255 claims he believes he has." *Id.*

If Yanez-Flores wishes to amend or withdraw his § 2255 motion, he must do so by May 22, 2004. Thereafter, if no response has been received by the district clerk's office, this Court will proceed in analyzing the claims currently contained in the Petitioner's motion.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 22d day of April, 2004.

Felix Recio
United States Magistrate Judge