IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Brownsville__ DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

__Celestino Yanez-Flores__
Plaintiff's name and ID Number

__#94501079. CCA-EDC. P.o 60s__
Place of Confinement __Eden, Tx 76837__

v.

__U.S. of America.__
Defendant's name and address

CASE NO. __B-02-377-S|-02__
(Clerk will assign the number)

__B-04 MC003__

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Celestino Yanez Flores__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Family of friends?                                 Yes ☒   No ☐
   f. Any other sources?                                 Yes ☐   No ☒

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   __100 Every 2 months__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                                    Yes ☐   No ☒
   If you answered YES, state the total value of the items owned.

- 1 -

Exhibit IV-2
Prisoner Motion to Proceed IFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐      No ☒

If you answered **YES**, describe the property and state its approximate value.

_____
_____


**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the *April 1st* day of *April*, 19 *2004*.

      X *CELESTINO YANES*
Signature of Plaintiff        ID Number


**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**