AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | B04MC003 |
|---|---|---|
| Name of Movant: Celestino Yanez-Flores | Prisoner No.: 94501-079 | Case No.: B-02-377-S1-02 |
| Place of Confinement: Eden Detention Center | | |

| UNITED STATES OF AMERICA | v. | Celestino Yanez-Flores |
|---|---|---|
| | | (name under which convicted) |

United States District Court
Southern District of Texas
FILED
APR 26 2004
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   U.S. District Court - Southern District Court Brownsville Division

2. Date of judgment of conviction  1/22/03

3. Length of sentence  41 months

4. Nature of offense involved (all counts)

   8 USC. 1324(a)(1)(A)(ii)
   1324(a)(1)(iii) and
   1324(a)(1)(v)(2)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Count (1)

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐  NA.

7. Did you testify at the trial?
   Yes ☐  No ☐  N/A

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒  My attorney lied to me.

(2)

9. If you did appeal, answer the following:

   (a) Name of court    N/A

   (b) Result

   (c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court

        (2) Nature of proceeding    N/A

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☐    N/A,

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court    N/A

        (2) Name of proceeding

        (3) Grounds raised

(3)

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐  No ☐  N/A

  (5) Result

  (6) Date of result

 (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.  Yes ☐ No ☒ N/A
  (2) Second petition, etc. Yes ☐ No ☒ N/A

 (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

My lawyer lied to me and told me that my appeal was already filed yet when I got to this place I found out otherwise. I repeatedly tried to communicate with him to no avail. It was until much later that I found no appeal had been filed.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

  CAUTION: <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

  For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
  Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
 (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Prejudicial error.

Supporting FACTS (state *briefly* without citing cases or law):
Trial Courts may properly depart downward from Sentencing guideliness ... mitigating factors. U.S. vs Smith. (Ineligibility for pre-release custody and minimum confinement)

B. Ground two: Ineffective Counsul.

Supporting FACTS (state *briefly* without citing cases or law):
My attorney failed to raise a number of issues and defenses (Strickland v. Washington)

C. Ground three: Defendant's disqualification for Community "after Care" to

Supporting FACTS (state *briefly* without citing cases or law):
Renders him ineligible for his program 1 yr. reduction for drug class. + ½ way house.

(5)

D. Ground four: U.S. Sally. Post-Conviction Rehabilitation.

Supporting FACTS (state *briefly* without citing cases or law):
Defendant has been attending many AA. classes as well as N.A. Sessions for his rehabilitation.

Brock 108
Koon 135
Sally 116.
Coleman 138.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing
Rene B. De Cuss.

(b) At arraignment and plea
Lynn Kirkpatrick

(c) At trial

(d) At sentencing  Lazaro Cardenas

    (e) On appeal

        N/A

    (f) In any post-conviction proceeding

        N/A

    (g) On appeal from any adverse ruling in a post-conviction proceeding

        N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐   N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____Pro-se,_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__04.1.004__
Date

_CELESTINO YANES_____
Signature of Movant

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the **CCA Eden Detention Center**
(name of institution)
where **Yanet-Flores, Celestine**, Inmate ID No. **94501-079**, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1)   On this day the prisoner has in his account the sum of $ **32.88**.

(2)   During the past six months, the prisoner's:

Average monthly balance was $ **186.65**.

Average monthly deposits to the prisoner's account were $ **100.00**.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this **14** day of **April**, **2004**.

_____
Authorized Officer

**CCA Eden Detention Center**
Institution of Confinement

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCTSTMT | | CCA EDEN DETENTION CENTER | | | | 04/14/2004 |
| | | *Inmate Account Statement #53* | | | | |
| | | *For Account 1 - From: 10/01/2003 To: 04/14/2004* | | | | |

*Yanez-flores, Celestino*

Facility ID: 94501079                                                             Location: B27-516

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| M | 10/02/2003 | | 847136 | 382.01 | 20.00 | 362.01 |
| D | 10/02/2003 | MAILROOM | 847326 | 362.01 | 70.00 | 432.01 |
| P | 10/02/2003 | | 847708 | 432.01 | 66.45 | 365.56 |
| P | 10/06/2003 | | 848781 | 365.56 | 7.64 | 357.92 |
| P | 10/09/2003 | | 850266 | 357.92 | 6.69 | 351.23 |
| P | 10/09/2003 | | 850390 | 351.23 | 1.19 | 350.04 |
| P | 10/13/2003 | | 851197 | 350.04 | 13.59 | 336.45 |
| P | 10/13/2003 | | 851400 | 336.45 | 6.76 | 329.69 |
| P | 10/15/2003 | | 851887 | 329.69 | 8.57 | 321.12 |
| P | 10/15/2003 | | 851888 | 321.12 | 12.60 | 308.52 |
| M | 10/15/2003 | | 852123 | 308.52 | 10.00 | 298.52 |
| P | 10/16/2003 | | 852783 | 298.52 | 15.48 | 283.04 |
| P | 10/20/2003 | | 853688 | 283.04 | 28.55 | 254.49 |
| P | 10/23/2003 | | 855454 | 254.49 | 36.91 | 217.58 |
| P | 10/27/2003 | | 856146 | 217.58 | 13.79 | 203.79 |
| D | 10/28/2003 | MAILROOM | 856835 | 203.79 | 100.00 | 303.79 |
| P | 10/29/2003 | | 857134 | 303.79 | 12.40 | 291.39 |
| M | 10/29/2003 | | 857320 | 291.39 | 10.00 | 281.39 |
| P | 10/30/2003 | | 858219 | 281.39 | 4.41 | 276.98 |
| D | 10/31/2003 | PERFORMANCE PAY | 858976 | 276.98 | 14.28 | 291.26 |
| D | 10/31/2003 | MAILROOM | 859009 | 291.26 | 100.00 | 391.26 |
| M | 11/05/2003 | | 860909 | 391.26 | 10.00 | 381.26 |
| D | 11/05/2003 | MAILROOM | 861077 | 381.26 | 100.00 | 481.26 |
| P | 11/05/2003 | | 861619 | 481.26 | 22.43 | 458.83 |
| P | 11/06/2003 | | 861720 | 458.83 | 36.58 | 422.25 |
| P | 11/06/2003 | | 861965 | 422.25 | 1.48 | 420.77 |
| P | 11/10/2003 | | 862464 | 420.77 | 5.24 | 415.53 |
| M | 11/12/2003 | | 862982 | 415.53 | 10.00 | 405.53 |
| P | 11/13/2003 | | 863928 | 405.53 | 32.78 | 372.75 |
| P | 11/17/2003 | | 864484 | 372.75 | 13.34 | 359.41 |
| D | 11/17/2003 | MAILROOM | 864614 | 359.41 | 100.00 | 459.41 |
| P | 11/19/2003 | | 866023 | 459.41 | 28.56 | 430.85 |
| P | 11/24/2003 | | 867082 | 430.85 | 30.07 | 400.78 |
| P | 11/25/2003 | | 867580 | 400.78 | 16.33 | 384.45 |
| M | 11/26/2003 | | 867837 | 384.45 | 20.00 | 364.45 |
| D | 11/28/2003 | PERFORMANCE PAY | 869377 | 364.45 | 18.48 | 382.93 |
| P | 12/01/2003 | | 869990 | 382.93 | 11.83 | 371.10 |
| P | 12/03/2003 | | 870993 | 371.10 | 5.19 | 365.91 |
| P | 12/03/2003 | | 871057 | 365.91 | 7.96 | 357.95 |
| P | 12/04/2003 | | 871558 | 357.95 | 18.56 | 339.39 |
| M | 12/08/2003 | | 872465 | 339.39 | 110.35 | 229.04 |
| P | 12/08/2003 | | 872471 | 229.04 | 42.80 | 186.24 |
| M | 12/09/2003 | | 873052 | 186.24 | 6.82 | 179.42 |
| P | 12/11/2003 | | 874163 | 179.42 | 13.79 | 165.63 |
| P | 12/15/2003 | | 874753 | 165.63 | 30.58 | 135.05 |

| ACCTSTMT | | CCA EDEN DETENTION CENTER | | | | 04/14/2004 |
|---|---|---|---|---|---|---|
| | | *Inmate Account Statement #53* | | | | |
| | | *For Account 1 - From: 10/01/2003 To: 04/14/2004* | | | | |

*Yanez-flores, Celestino*

Facility ID: 94501079                                                           Location: B27-516

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| M | 12/17/2003 | | 875707 | 135.05 | 10.00 | 125.05 |
| P | 12/18/2003 | | 876475 | 125.05 | 39.57 | 85.48 |
| P | 12/22/2003 | | 877284 | 85.48 | 28.46 | 57.02 |
| D | 12/23/2003 | MAILROOM | 877832 | 57.02 | 100.00 | 157.02 |
| P | 12/24/2003 | | 878426 | 157.02 | 14.13 | 142.89 |
| P | 12/24/2003 | | 878428 | 142.89 | 2.00 | 140.89 |
| P | 12/30/2003 | | 879570 | 140.89 | 24.12 | 116.77 |
| D | 12/31/2003 | PERFORMANCE PAY | 881091 | 116.77 | 18.48 | 135.25 |
| M | 01/07/2004 | | 883392 | 135.25 | 10.00 | 125.25 |
| P | 01/07/2004 | | 884051 | 125.25 | 22.35 | 102.90 |
| P | 01/20/2004 | | 887117 | 102.90 | 9.73 | 93.17 |
| M | 01/21/2004 | | 887753 | 93.17 | 10.00 | 83.17 |
| P | 01/23/2004 | | 888808 | 83.17 | 42.82 | 40.35 |
| P | 01/23/2004 | | 888826 | 40.35 | 9.69 | 30.66 |
| P | 01/29/2004 | | 890664 | 30.66 | 19.94 | 10.72 |
| P | 01/29/2004 | | 890847 | 10.72 | 1.37 | 9.35 |
| D | 01/30/2004 | PERFORMANCE PAY | 891366 | 9.35 | 18.48 | 27.83 |
| D | 02/03/2004 | MAILROOM | 892733 | 27.83 | 135.00 | 162.83 |
| M | 02/04/2004 | | 893725 | 162.83 | 20.00 | 142.83 |
| D | 02/04/2004 | MAILROOM | 893880 | 142.83 | 50.00 | 192.83 |
| P | 02/05/2004 | | 894171 | 192.83 | 26.10 | 166.73 |
| M | 02/11/2004 | | 895874 | 166.73 | 10.00 | 156.73 |
| M | 02/12/2004 | | 896494 | 156.73 | 8.85 | 147.88 |
| P | 02/12/2004 | | 896640 | 147.88 | 31.07 | 116.81 |
| M | 02/18/2004 | | 897685 | 116.81 | 5.00 | 111.81 |
| P | 02/18/2004 | | 898161 | 111.81 | 8.11 | 103.70 |
| P | 02/18/2004 | | 898163 | 103.70 | 18.05 | 85.65 |
| P | 02/18/2004 | | 898170 | 85.65 | -2.17 | 87.82 |
| P | 02/24/2004 | | 899364 | 87.82 | 7.22 | 80.60 |
| M | 02/24/2004 | | 899503 | 80.60 | 3.00 | 77.60 |
| M | 02/25/2004 | | 899949 | 77.60 | 10.00 | 67.60 |
| M | 02/26/2004 | | 900660 | 67.60 | 1.39 | 66.21 |
| P | 02/26/2004 | | 900865 | 66.21 | 14.66 | 51.55 |
| P | 02/26/2004 | | 900882 | 51.55 | 17.55 | 34.00 |
| P | 02/26/2004 | | 900883 | 34.00 | 2.15 | 31.85 |
| D | 02/27/2004 | PERFORMANCE PAY | 901158 | 31.85 | 17.64 | 49.49 |
| D | 02/27/2004 | MAILROOM | 901635 | 49.49 | 100.00 | 149.49 |
| D | 02/27/2004 | MAILROOM | 901720 | 149.49 | 200.00 | 349.49 |
| P | 03/01/2004 | | 902329 | 349.49 | 33.42 | 316.07 |
| M | 03/02/2004 | | 902886 | 316.07 | 107.24 | 208.83 |
| M | 03/03/2004 | | 903226 | 208.83 | 10.00 | 198.83 |
| D | 03/03/2004 | MAILROOM | 903659 | 198.83 | 50.00 | 248.83 |
| P | 03/04/2004 | | 904295 | 248.83 | 5.82 | 243.01 |
| P | 03/04/2004 | | 904381 | 243.01 | 2.74 | 240.27 |
| P | 03/08/2004 | | 904801 | 240.27 | 19.56 | 220.71 |

ACCTSTMT	**CCA EDEN DETENTION CENTER**	04/14/2004
*Inmate Account Statement #53*
*For Account 1 - From: 10/01/2003 To: 04/14/2004*

*Yanez-flores, Celestino*

Facility ID: 94501079　　　　　　　　　　　　　　　　　　　　　Location: B27-516

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| M | 03/09/2004 | | 905209 | 220.71 | 1.52 | 219.19 |
| M | 03/09/2004 | | 905534 | 219.19 | -18.15 | 237.34 |
| M | 03/10/2004 | | 906015 | 237.34 | 20.00 | 217.34 |
| P | 03/11/2004 | | 906382 | 217.34 | 44.19 | 173.15 |
| P | 03/18/2004 | | 908672 | 173.15 | 34.71 | 138.44 |
| P | 03/18/2004 | | 908673 | 138.44 | 1.03 | 137.41 |
| M | 03/24/2004 | | 909727 | 137.41 | 15.00 | 122.41 |
| P | 03/25/2004 | | 910605 | 122.41 | 13.20 | 109.21 |
| M | 03/30/2004 | | 911665 | 109.21 | 16.11 | 93.10 |
| D | 03/31/2004 | PERFORMANCE PAY | 912514 | 93.10 | 21.25 | 114.35 |
| M | 04/02/2004 | | 914002 | 114.35 | 10.00 | 104.35 |
| P | 04/05/2004 | | 914670 | 104.35 | 49.63 | 54.72 |
| M | 04/07/2004 | | 915580 | 54.72 | 10.00 | 44.72 |
| M | 04/08/2004 | | 916167 | 44.72 | 4.90 | 39.82 |
| D | 04/12/2004 | MAILROOM | 916926 | 39.82 | 100.00 | 139.82 |
| M | 04/13/2004 | | 917450 | 139.82 | 106.94 | 32.88 |

　　　　Beginning Balance For Date Range :　　　382.01
　Total Net Transactions For Date Range :　　-349.13
Calculated Ending Balance For Date Range :　　32.88

　　　　　　　　Total Records Printed :　　　106