United States District Court
Southern District of Texas
ENTERED
MAY 13 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
MAY 13 2004
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CELESTINO YANEZ-FLORES, Petitioner, | § § § | |
| v. | § § § | MISC. CASE NO. B-04-003 (CRIM. NO. B-02-377-S1) |
| UNITED STATES OF AMERICA, Respondent. | § § | |

### ORDER

On April 22, 2004, this Court issued an order pursuant to *Castro v. United States*, 124 S.Ct. 786, 792, 157 L.Ed.2d 778 (2003), informing Petitioner Yanez-Flores about the consequences of this Court's decision to interpret his filing as a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. In response, Yanez-Flores submitted an amended Section 2255 form (Docket No. 8), presumably to include "all the § 2255 claims he believes he has." *Id.* Accordingly, the Court is now satisfied that all putatively ripe and pertinent claims have been presented.

In addition, Yanez-Flores submitted a second Motion to Proceed In Forma Pauperis (Docket No. 7). Having considered Yanez-Flores' motions to proceed without payment of fees, this Court is of the opinion that they should be, and are hereby GRANTED. *See* Docket Nos. 4 and 7.

Finally, the Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before July 14, 2004. Said response shall include any relevant transcripts and the sentencing record. Furthermore, said response shall take into account the various claims raised by the Petitioner in Docket Nos. 1, 3, and 8.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 13th day of May, 2004.

_____
Felix Recio
United States Magistrate Judge