United States District Court
Southern District of Texas
FILED

MAY 2 1 2004

Michael N. Milby
Clerk of Court

Clerk of the Court                                          5/13/04
600 E. Harrison #305
Brownsville, Tx 78520


re: Request for 30 days for submition of "Amendment for Case#B-02-377-S1
MISC Case No B-04-003


Dear clerk of the court:

    I would like to ask this Honorable court for an extention of 30 (thirty days) upon which to file my "Amendment of my 2255". The reason is that it is so very difficult to get my copies done at this facility. There is no copy machine that we inmates can utilize and thus we have to rely on our case managers that usually take as long as they want to make us copies. This is why I am asking this Honorable court for this extention of time. Please consider my request. Thank You.


Respectfully,

_____
Celestino Yanez-Flores
#94501-079
CCA/EDC
P.O. BOX 605
Eden, Tx 76837


cc:file