**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **CELESTINO YANEZ-FLORES** | * | |
| | * | |
| VS | * | Misc. No. B-04-003 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. B-02-377-S1) |

## ORDER

Petitioner's Motion requesting a thirty-day extension to submit an amended 21 U.S.C. 2255 petition is premature and therefore DENIED.

The Petitioner may file additional pleadings after the government has responded to his writ. The government's answers are due July 14, 2004.

ORDERED on this 27th day of May 2004.

_____
Felix Recio
United States Magistrate Judge