UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § § | B-04-MC-003 (B-02-377-S1) |
| CELESTINO YANEZ-FLORES | | |

## ORDER

The above-styled and numbered 28 U.S.C. 2255 cause of action has been set for an **evidentiary hearing** on September 30, 2004 at 2:00 p.m. Therefore, attorney Jon Karl Schmid is hereby appointed to represent the Petitioner at this hearing.

The United States Attorney is **ORDERED** to issue an administrative writ ad testificandum for the Petitioner to consult with his counsel on September 27, 2004, and for his presence at the evidentiary hearing on September 30, 2004.

Further, the United States District Clerk's Office is hereby **ORDERED** to subpoena to the hearing the Petitioner's trial counsel, Lazaro Cardenas, Office of the Public Defender, Webb County, 1110 Washington, Suite 102, Laredo, Texas 78040.

DONE at Brownsville, Texas, on the 8th day of September, 2004.

Felix Recio
United States Magistrate Judge