AO88 (Rev. 1/94) Subpoena in a Civil Case

B-04-mc-003

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 09.10.04 | 1110 Washington St. Ste 102, Laredo, TX 78040 |
| SERVED ON (PRINT NAME) | Lasaro Cardenas | MANNER OF SERVICE: served in person |
| SERVED BY (PRINT NAME) | Terry Bumann / Mel Sanchez | TITLE: DUSM / DUSM |

United States District Court
Southern District of Texas
FILED

SEP 16 2004

Michael N. Milby, Clerk of Court

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/10/2004
DATE

MEL SANCHEZ
TERRY BUMANN
SIGNATURE OF SERVER

1300 VICTORIA
ADDRESS OF SERVER