UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff-Respondent, <br><br> v. <br><br> CELESTINO YANEZ-FLORES, <br> Defendant-Petitioner. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-04-MC-003 <br> (CRIM. ACTION NO. B-02-377-S1) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the Petitioner's Motion to File an Out-of-Time Appeal pursuant to 28 U.S.C. § 2255 is hereby GRANTED based solely on the failure of his attorney to perfect his requested appeal. All other claims for relief are subsequently DENIED as MOOT. The Defendant's Motion to Dismiss and Motion for Summary Judgment are DENIED and Petitioner's 28 U.S.C. § 2255 application is DISMISSED without prejudice. The criminal judgment of the District Court in this case is hereinafter reinstated and Petitioner has ten (10) days to file a direct appeal.

DONE at Brownsville, Texas this _____ day of _____, 2004.

_____
Hilda Tagle
United States District Judge