

United States District Court
Southern District of Texas
FILED

OCT - 5 2004

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| CELESTINO YANEZ-FLORES | § CASE NO. CA B-04-003 |
| | § |
| VERSUS | § BROWNSVILLE, TEXAS |
| | § SEPTEMBER 30, 2004 |
| UNITED STATES OF AMERICA | § 3:14 P.M. 3:19 P.M. |

<u>EVIDENTIARY HEARING</u>

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:            SEE NEXT PAGE

For the Government:           SEE NEXT PAGE

Interpreter:                  Ana Caddess

Court Recorder:               Rosy D'Venturi


PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (office)
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.