Jon Karl Schmid
Attorney at Law*
Post Office Box 350
Brownsville, Texas 78522-0350
Telephone: (956) 371-0956

Monday; 28 February 2005
(Hand-Delivered)

United States District Court
Southern District of Texas
FILED

MAR 0 1 2005

Michael N. Milby
Clerk of Court

The Honorable Hilda G. Tagle
Judge,
United States District Court
Southern District of Texas
United States Courthouse
Brownsville, Texas

Re: U.S. v. Yanez-Flores;
    C.A. B-04-MC-003.

Dear Judge Tagle:

Thank you for your courtesy and personal attention in instructing Ms. Cavazos to telephone me last Friday. She advised me via voice mail about the reinstated judgment in the criminal case associated with the case referenced above.

Your courtesy is much appreciated, as the ten day time limit for filing the notice of appeal is already running.

Thank you.

Respectfully submitted,

Jon Karl Schmid

JKS:

- - - - - -

* Not certified by the Texas Board of Specialization; licensed in Texas and Colorado; not associated with any other lawyer or law firm.